FILED
August 20, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 2:08-cr-342 JAM
Plaintiff, )
v. ) ORDER FOR RELEASE
) OF PERSON IN CUSTODY
Thau Benh Cam, )
)
Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Thau Benh Cam   Case 2:08-cr-342 JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of _____

___   Unsecured bond in the amount of

___   Appearance Bond with 10% Deposit

_X_   Appearance Bond secured by all available equity ($200,000) in the real property owned by defendant's sister

___   Corporate Surety Bail Bond

_X_   (Other) Probation conditions/supervision; defendant to obtain and maintain lawful employment within 30 days; gambling restriction also imposed; passport to be surrendered.

Issued at Sacramento, CA on 8/20/08 at 4:24 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge