HEATHER E. WILLIAMS, Bar #122664
Federal Defender
MATTHEW C. BOCKMON, Bar # 161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
THAU BENH CAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 2:08-cr-00342 MCE |
| Plaintiff, | |
| v. | **ORDER TO EXONERATE BOND** |
| THAU BENH CAM, | |
| Defendant. | |

The Court finds that Mr. Cam was released pursuant to a $200,000.00 real property bond. On June 7, 2012, Mr. Cam entered guilty pleas to Counts 1 and 2 of the Second Superceding Indictment. On September 6, 2012, the Court sentenced Mr. Cam to imprisonment for a term of 210 months on each of Counts 1 and 2 of the Second Superceding Indictment. Mr. Cam is currently serving his sentence at Terminal Island Federal Correctional Institute.

///

///

///

///

///

ORDER TO EXONERATE BOND

1   Therefore, it is hereby ORDERED that the $200,000.00 property bond posted in this case is ordered
2   exonerated and the Clerk of the Court is directed to reconvey to the surety, Lydia B. Cam.  *See* Exhibit A for
3   Legal Description of Real Property posted on behalf of Mr. Cam.
4   IT IS SO ORDERED.

Date: July 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

EXHIBIT A

"LEGAL DESCRIPTION"

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF ELK GROVE, COUNTY OF SACRAMENTO, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

LOT 56, AS SHOWN ON THAT CERTAIN MAP ENTITLED "PLAT OF LAGUNA VISTA UNIT NO. 29", FILED IN THE OFFICE OF THE RECORDER OF SACRAMENTO COUNTY, CALIFORNIA ON MARCH 9, 1999, IN BOOK 259 OF MAPS, AT PAGE 2.

APN: 117-1320-062-0000