# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>THAU BENH CAM,<br><br>Movant. | No. 2:08-cr-342-MCE-EFB P<br><br><br><br>ORDER |

Movant, a federal prisoner proceeding without counsel, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. *See* ECF No. 382. On December 12, 2013, the court signed respondent's proposed order for a one-year extension of time to file a response. Thereafter, movant "vigorously" objected to the requested extension and sought reconsideration of the court's order granting the lengthy extension. ECF No. 393. Good cause appearing, the court will vacate the December 12, 2013 order, and *nunc pro tunc*, grant respondent a four month extension of time in which to file a response.

Movant also requests appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). The court may appoint counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing § 2254 Cases. The court does not find that the interests of justice would be served by the appointment of counsel at this stage of the proceedings.

Accordingly, IT IS HEREBY ORDERED that:

1. Movant's request for reconsideration (ECF No. 393) is granted.

2. The December 12, 2013 order (ECF No. 392) is vacated.

3. Respondent shall file a response to the motion on or before April 15, 2014. Further requests for extensions of time, if any, must be supported by good cause.

4. Movant's request for appointment of counsel (ECF No. 393) is denied without prejudice.

Dated: January 8, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE