HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:08-cr-342 MCE |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO APPOINT CJA PANEL ATTORNEY** |
| v. | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| THAU BENH CAM, | |
| Defendant. | Judge: Hon. MORRISON C. ENGLAND, JR. |

Pursuant to General Order 546, the parties request that, in lieu of appointing the Federal Defender's Office, a CJA panel attorney be appointed to represent THAU BENH CAM on motion for reduction under 18 U.S.C. §3582(c)(2) and Amendment 782.

Dated:  November 10, 2015

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        /s/ *Hannah R. Labaree*
                                        HANNAH R. LABAREE
                                        Assistant Federal Defender

Dated: November 10, 2015

                         BENJAMIN B. WAGNER
                         United States Attorney

                         */s/ Jason Hitt*
                         JASON HITT
                         Assistant U.S. Attorney

                         Attorney for Plaintiff
                         UNITED STATES OF AMERICA

## ORDER

It is hereby ordered that based on the request of the parties that, in lieu of appointing the Federal Defender's Office, a CJA panel attorney be appointed to represent THAU BENH CAM on motion for reduction under 18 U.S.C. §3582(c)(2) and Amendment 782.

IT IS SO ORDERED.

Dated: November 30, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT