IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №:2:08-cr-00342 MCE |
| Plaintiff, | ) | |
| vs. | ) | **O R D E R** |
| THAU BENH CAM, | ) | **APPOINTING COUNSEL** |
| Defendant. | ) | |
| | ) | |

Pursuant to General Order No. 546 and the provisions of the Criminal Justice Act, 18 U.S.C. §§ 3006A(a)(1) and (c), and in accordance with the retroactive application of the United States Sentencing Commission's Amendment 782, CJA Panel attorney, Michael E. Hansen, is hereby appointed for the pending 18 U.S.C. §3582(c)(2) motion effective, November 9, 2015, the date the Office of the Federal Defender first contacted him.

IT IS SO ORDERED.

Dated:  December 2, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

ORDER APPOINTING COUNSEL          1