MICHAEL E. HANSEN, CBN 191737
mhansen@criminal-defenses.com
711 9th St.
Sacramento, California 95814
Telephone: (916) 448-7711
Attorney for Defendant
THAU BENH CAM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  Cr. S 2:08-cr-00342 MCE |
| Plaintiff, | **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| THAU BENH CAM, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | |

Defendant, THAU BENH CAM, by and through his attorney, Michael E. Hansen, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.      Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.      On September 6, 2012, this Court sentenced Mr. Cam to 210 months as to count 1 and 210 months as to count 2 to run concurrently for a total of 210 months imprisonment;

3.      His total offense level was 37, his criminal history category was I, and the resulting guideline range was 210 to 262 months;

4.      The sentencing range applicable to Mr. Cam was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

1    5.    Mr. Cam's total offense level has been reduced from 37 to 35, and his

2    amended guideline range is 168 to 210 months;

3    6.    Accordingly, the parties request the Court enter the order lodged herewith

4    reducing Mr. Cam's term of imprisonment to a total term of 168 months.

5    Respectfully submitted,

6

7    Dated:  June 20, 2017                      Respectfully submitted,

8                                               /s/ Michael E. Hansen
                                                MICHAEL E. HANSEN
9                                               Attorney for Defendant
                                                THAU BENH CAM
10

11   Dated:  June 20, 2017                      PHILLIP A. TALBERT
                                                Acting United States Attorney
12
                                                By: /s/ Michael E. Hansen for
13                                              JASON HITT
                                                Assistant U.S. Attorney
14                                              Attorney for Plaintiff

15

16                                  **ORDER**

17        This matter came before the Court on the stipulated motion of the defendant for

18   reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

19        The parties agree, and the Court finds, that Mr. Cam is entitled to the benefit of

20   Amendment 782, which reduces the total offense level from 37 to 35, resulting in an

21   amended guideline range of 168 to 210 months.

22        IT IS HEREBY ORDERED that the term of imprisonment imposed in February

23   2014 is reduced to a term of 168 months.

24        IT IS FURTHER ORDERED that all other terms and provisions of the original

25   judgment remain in effect.  The clerk shall forthwith prepare an amended judgment

26   reflecting the above reduction in sentence, and shall serve certified copies of the

27   amended judgment on the United States Bureau of Prisons and the United States

28   Probation Office.

1        Unless otherwise ordered, Mr. Cam shall report to the United States Probation

2 Office within seventy-two hours after his release.

3        IT IS SO ORDERED.

4 Dated:  July 20, 2017

5

6                          MORRISON C. ENGLAND, JR.

7                          UNITED STATES DISTRICT JUDGE